NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ORSON W. BENN,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D17-2869
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Orson W. Benn, pro se.


PER CURIAM.

          Affirmed.  See § 910.005, Fla. Stat. (2003); McDonald v. State, 133 So. 3d

530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d

DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Black v. State, 819

So. 2d 208 (Fla. 1st DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).


LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.